# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CULBERTSON-CHAVIRA,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, COMMUNITY MEMORIAL HEALTH SYSTEM EMPLOYEE BENEFIT PLAN and DOES 1 THROUGH 10,<br><br>Defendant. | Case No. 2:17-CV-01702-JAM-AC<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT COMMUNITY MEMORIAL HEALTH SYSTEM EMPLOYEE BENEFIT PLAN**<br><br>Judge: Hon. John A. Mendez |

**IT IS HEREBY ORDERED** that defendant COMMUNITY MEMORIAL HEALTH SYSTEM EMPLOYEE BENEFIT PLAN (the "Plan") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to this Stipulation to Dismiss the Plan and the dismissal of the Plan. Life Insurance Company of North America shall remain the only named defendant.

**IT IS SO ORDERED.**

Dated: 9/1/2017    /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

158423.1

1

Case No. 2:17-CV-01702-JAM-AC
[PROPOSED] ORDER GRANTING STIP. TO DISMISS DEF. COMMUNITY MEMORIAL HEALTH SYSTEM EMPLOYEE BENEFIT PLAN