UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CULBERTSON-CHAVIRA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, COMMUNITY MEMORIAL HEALTH SYSTEM EMPLOYEE BENEFIT PLAN and DOES 1 THROUGH 10,<br><br>　　　　Defendant. | Case No. 2:17-CV-01702-JAM-AC<br><br>**ORDER GRANTING STIPULATION TO STAY CASE PENDING ADMINISTRATIVE APPEAL**<br><br>Judge:　Hon. John A. Mendez |

Pursuant to the Stipulation to Stay Case Pending Administrative Appeal, IT IS HEREBY ORDERED that this matter is stayed pending the submission by Plaintiff BRENDA CULBERTSON-CHAVIRA of an administrative appeal of the denial of her long-term disability ("LTD") benefits claim to Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") and, upon receipt of the appeal, LINA's appeal review and determination;

IT IS FURTHER ORDERED that by April 10, 2018, the Parties shall file a joint stipulation providing the status of the LTD appeal, whether the stay should be

1 lifted, whether this matter should proceed as originally filed, whether an amended
2 complaint is needed, or whether this matter should be dismissed.

**IT IS SO ORDERED.**

Dated: 10/11/17        /s/ John A. Mendez
                       Hon. John A. Mendez
                       United States District Court Judge