Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Allison Vana (Bar No. 228282)
avana@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENDA CULBERTSON-CHAVIRA, <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, COMMUNITY MEMORIAL HEALTH SYSTEM EMPLOYEE BENEFIT PLAN and DOES 1 THROUGH 10, <br><br> Defendants. | Case No. 2:17-cv-01702-JAM-AC <br><br> **JOINT STIPULATION, STATUS REPORT AND ORDER RE STATUS OF STAY OF CASE PENDING ADMINISTRATIVE APPEAL** <br><br> Judge: Hon. John A. Mendez |

Pursuant to this Court's Orders dated October 11, 2017 (ECF Doc. No. 12) and April 3, 2018 (ECF Doc. No. 13), Plaintiff BRENDA CULBERTSON-CHAVIRA ("Plaintiff") and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") (collectively "the Parties"),[1] by and through their respective counsel, provide the following Joint Stipulation.

On October 11, 2017, the Court granted the Parties' Stipulation to Stay Case Pending Administrative Appeal. *See* ECF Doc. No. 11 (Stip. filed 10/10/17); ECF Doc. No. 12 (Order dated 10/11/17). In its October 11, 2017 Order, the Court instructed the Parties to file, by April 10,

---

[1] Defendant Community Memorial Health System Employee Benefit Plan (the "Plan") was dismissed on September 1, 2017 pursuant to stipulation. (ECF Doc. Nos. 6-7.)

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

163027.1

1

Case No. 2:17-cv-01702-JAM-AC
JOINT STIPULATION, STATUS REP. AND
[PROPOSED] ORDER RE STATUS OF STAY

2018, a joint stipulation providing the status of Plaintiff's submission to LINA of an administrative appeal of the denial of her long-term disability ("LTD") benefits claim, "whether the stay should be lifted, whether this matter should proceed as originally filed, whether an amended complaint is needed, or whether this matter should be dismissed." (*See* ECF Doc. No. 12 at 1:25-2:2.)

On April 3, 2018, the Court issued a Minute Order instructing the parties to file "an updated joint status report on or before April 20, 2018." (*See* ECF Doc. No. 13 [text entry only].)

Since the time the Court stayed this action, the following activities have occurred:

Plaintiff submitted her administrative appeal to LINA. LINA overturned its prior decision to deny LTD benefits to Plaintiff.

Plaintiff now seeks an award for attorney fees and costs. It is LINA's position this ERISA matter should be dismissed, and without an award of fees and costs. If the Parties are unable to resolve the issue, Plaintiff intends to bring a motion for attorney fees and costs. The Parties have conferred on, agree to, and respectfully request that the Court issue an order setting forth the following briefing schedule with respect to Plaintiff's anticipated motion.

1. Plaintiff's motion for attorney fees and costs shall be filed on May 15, 2018 and noticed for hearing on June 12, 2018;

2. LINA's opposition to Plaintiff's Motion shall be filed May 29, 2018;

3. Plaintiff's reply to LINA's opposition to the Motion shall be filed June 5, 2018.

**IT IS SO STIPULATED.**

Dated: April 11, 2018     DONAHUE & HORROW, LLP

By: */s/ Michael B. Horrow*
Michael B. Horrow
Attorneys for Plaintiff
BRENDA CULBERTSON-CHAVIRA

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

163027.1

2

Case No. 2:17-cv-01702-JAM-AC
JOINT STIPULATION, STATUS REP. AND
[PROPOSED] ORDER RE STATUS OF STAY

| | | |
|---|---|---|
| Dated: April 11, 2018 | | MESERVE, MUMPER & HUGHES LLP<br>Nicole Y. Blohm<br>Allison Vana |

By: */s/ Nicole Y. Blohm*
Nicole Y. Blohm
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

**Filer's Attestation-Local Rule 131(e)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

163027.1

3

Case No. 2:17-cv-01702-JAM-AC
JOINT STIPULATION, STATUS REP. AND
[PROPOSED] ORDER RE STATUS OF STAY

# ORDER *(AS MODFIED BY THE COURT)*

Pursuant to the Parties' Stipulation re Status of Case Pending Administrative Appeal, IT IS HEREBY ORDERED as follows:

1. Plaintiff BRENDA CULBERTSON-CHAVIRA's ("Plaintiff") motion for attorney fees and costs ("Motion") shall be filed on May 15, 2018 and noticed for hearing on June 19, 2018 at 1:30 p.m.;

2. Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA's ("LINA") opposition to Plaintiff's Motion shall be filed June 5, 2018;

3. Plaintiff's reply to LINA's opposition to the Motion shall be filed June 12, 2018.

**IT IS SO ORDERED**.

Dated: April 12, 2018        /s/ John A. Mendez_____
                             Hon. John A Mendez
                             United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

163027.1

4

Case No. 2:17-cv-01702-JAM-AC
JOINT STIPULATION, STATUS REP. AND
[PROPOSED] ORDER RE STATUS OF STAY