UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CULBERTSON-CHAVIRA,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, COMMUNITY MEMORIAL HEALTH SYSTEM EMPLOYEE BENEFIT PLAN and DOES 1 THROUGH 10,<br><br>Defendants. | Case No.: 2:17-cv-01702-JAM-AC<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

## **ORDER**

Pursuant to the Joint Stipulation regarding Dismissal with Prejudice of Plaintiff Brenda Culbertson-Chavira ("Plaintiff") and Defendant Life Insurance Company of North America ("LINA"), by and through their respective counsel, IT IS HEREBY ORDERED as follows:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action hereby is dismissed in its entirety, as to all parties, and with prejudice;
2. Each party shall bear its own attorneys' fees and costs; and
3. Pursuant to the Parties' Stipulation, the dismissal with prejudice of the

above-entitled case shall not have any impact whatsoever on Plaintiff's right to disability benefits beyond the 24 month Regular Occupation period, after which the Parties' stipulation indicates the applicable Definition of Disability changes, under group disability insurance policy LK-980212 ("Policy"), issued by LINA. Plaintiff's right to ongoing disability benefits is subject to the terms and conditions of the Policy. The dismissal with prejudice of the above-entitled case shall not have any impact whatsoever on Plaintiff's right to bring a lawsuit, if necessary, against Defendant for disability benefits under the Policy beyond the 24 month Regular Occupation period.

**IT IS SO ORDERED.**

Dated: August 3, 2018

/s/ John A. Mendez
United States District Court Judge